Case Number: AT 3330-0083

Location of Search:
York County Parcel 599-000-00-35

# Search Warrant Inventory

| Item # | Description |
|---|---|
| | No items taken |

On September 25, 2022 at 1630 hours, this inventory was prepared and a copy was provided in the following manner:

__X__ No person was present to provide a copy of this inventory, subsequently it was left at the below locations:
no place to leave a copy, retained for return.

____ A copy of this inventory was provided to the following person:

Name:                                                     Signature:
Address:

I, the inventory officer, certify this inventory depicts a true and accurate representation of the items seized pursuent to the search warrant.

Inventory Officer:                                        Witness: *[signature]*

Printed Name:                                             Printed Name:

Date: 2022.10.25 09:05:15 -04'00'